(82 South. 894)

Ex parte VAUGHN. (3 Div. 392.) (Supreme Court of Alabama. June 12, 1919.) Certiorari to Court of Appeals. Hill, Hill, Whiting & Thomas and Rushton, Williams & Crenshaw, all of Montgomery, for appellant. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for appellee.

SOMERVILLE, J. Petition of Frank S. Vaughn for certiorari to the Court of Appeals to review and revise the judgment of the said court affirming the case of Frank S. Vaughn v. State of Alabama, 81 South. 417. Writ denied.

---

(84 South. 925)

WALKER v. HAMMETT et al. (7 Div. 43.) (Supreme Court of Alabama. Jan. 13, 1920.) Appeal from Probate Court, Etowah County; L. L. Herzberg, Judge.

PER CURIAM. Appeal dismissed by agreement.

---

(82 South. 894)

WHEATON v. HURST et al. (6 Div. 923.) (Supreme Court of Alabama. June 30, 1919.) Appeal from Circuit Court, Jefferson County; D. A. Greene, Judge. Action between Agnes I. Wheaton and George W. Hurst and others. From an adverse decision, the former appeals. Appeal dismissed by appellant. H. C. Alford, of Birmingham, for appellant. Beddow & Oberdorfer, of Birmingham, for appellees.

PER CURIAM. Appeal dismissed by appellant.